**Order filed March 8, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00685-CR

_____

### NELSON GARCIA DIAZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1555099**

## ORDER

The reporter's record in this case was due **October 13, 2017**. *See* Tex. R. App. P. 35.1. On January 10, 2018, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Edna Thornton**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained

absent exceptional circumstances.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Edna Thornton** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM